IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MATTHEW S. TAYSOM,<br><br>         Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:13-cv-297-RJS-BCW<br><br>Judge Robert J. Shelby |

This case has been referred to Magistrate Judge Brooke Wells pursuant to 28 U.S.C. § 626(b)(1)(B). Plaintiff Matthew Taysom sought review of the Commissioner of the Social Security Administration's denial of applications for Period of Disability, Disability Insurance Benefits, and Supplemental Security Income.

Judge Wells issued a Report & Recommendation on December 8, 2014.[1] Judge Wells recommended the court reverse and remand the Commissioner's decision. Neither party submitted an objection to the Report & Recommendation within the allotted time frame.[2] In the absence of an objection, the court may apply a "clearly erroneous" standard. Under this standard, the court "will affirm the Magistrate Judge's ruling unless [the court] . . . is left with the definite and firm conviction that a mistake has been committed."[3]

After reviewing the briefing, record, and relevant legal authorities, the court concludes that Judge Wells did not err in analyzing Mr. Taysom's appeal. The court therefore ADOPTS the

---

[1] Dkt. No. 30.
[2] Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b).
[3] *Thompson v. Astrue*, 2010 WL 1944779, at *1 (D. Utah May 11, 2010) (internal quotation marks and citations omitted).

Recommendation and REVERSES AND REMANDS the Commissioner's decision. The Clerk of Court is directed to close the case.

    SO ORDERED this 5th day of January, 2014.

                        BY THE COURT:

                        _____
                        ROBERT J. SHELBY
                        United States District Judge